Paul Raymond Ross

14 Cartwright Ave.

Sidney, NY.    13838

case number: 3:16-cv-NAM-DJS



Court Clerk,

       I have enclosed a signed copy of my civil suit. I just now realized that the copy that I sent to the court did not have a signature on it. My apologises to the cpourt for this small oversite. I have made sure that all the copies for the marshal's have been signed.

       Thank you for your time in this matter.

Sincerely,

*Paul R. Rose*

Paul Ross